denied as moot. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0580.   State ex rel. Wright v. Whitmore.**

In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0582.   State ex rel. Harris v. DeWeese.**

In Procedendo. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0619.   State ex rel. Evans v. Supreme Court of Ohio.**

In Prohibition. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, and O'NEILL, JJ., concur.

FRENCH, J., not participating.

**2014–0633.   State v. Steinfurth.**

In Habeas Corpus. On petition for writ of habeas corpus of Angela Steinfurth. Sua sponte, cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0641.   Rucker–El v. Clipper.**

In Habeas Corpus. On petition for writ of habeas corpus of Ricardo Rucker–El. Sua sponte, cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0659.   State ex rel. Rarden v. Hedric.**

In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2013–0579.   In re D.M.**

Hamilton App. No. C–120794, 2013-Ohio-668. On motions to supplement the record. Motions denied.

PFEIFER, LANZINGER, and O'NEILL, JJ., dissent.

**2013–1169.   State ex rel. Simpson v. State Teachers Retirement Bd.**

In Mandamus. On motion for oral argument. Motion denied.

PFEIFER and O'DONNELL, JJ., dissent.

**2014–0162.   State ex rel. Berry v. Pfeiffer.**

In Mandamus. On motion requesting findings of facts and conclusion. Motion denied.

**2014–0674.   State v. Anderson.**

Summit App. No. 26640, 2014-Ohio-1206. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 1 of the court of appeals' entry filed April 23, 2014: "If a defendant is sentenced to prison for a term of incarceration, does the trial court have the authority to issue against the defendant, a 'no contact' order with the victim?"

PFEIFER and O'DONNELL, JJ., dissent.

The conflict cases are *State v. Rogers*, 8th Dist. Cuyahoga Nos. 97093 and 97094, 2012-Ohio-2496, and *State v. Holly*, 8th Dist. Cuyahoga No. 95454, 2011-Ohio-2284.

**2014–0688.   Morris v. Morris.**

Greene App. No. 2013–CA–29, 2014-Ohio-734. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 2 of the court of appeals' entry filed April 3, 2014: "Does a trial court have jurisdiction under Civ.R. 60(B) to vacate or modify an award of spousal support in a decree of divorce or dissolution where the decree does not contain a reservation of jurisdiction to modify the award of spousal support pursuant to R.C. 3105.18(E)?"